IN THE SUPREME COURT OF TEXAS

 No. 08-0800

 IN RE HOUSTON PIPE LINE COMPANY, L.P. D/B/A HOUSTON PIPE LINE COMPANY;
 ENERGY TRANSFER EQUITY, L.P.; ENERGY TRANSFER PARTNERS, L.P.; AND LA GRANGE
 ACQUISITION, L.P. D/B/A ENERGY TRANSFER COMPANY

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion for emergency stay, filed September 26, 2008,
is granted. All trial court proceedings in Cause No. 07-3-65,478-D,
styled O'Connor & Hewitt, Ltd., as the Authorized Agent of the Sellers in a
Gas Purchase Agreement effective January 1, 1998, with Houston Pipeline
Company, as amended v. Houston Pipeline Company L.P., d/b/a Houston
Pipeline Company; Energy Transfer Equity, L.P;Energy Transfer Partners,
L.P.; and La Grange Acquisition, L.P. d/b/a Energy Transfer Company, in the
377th District Court of Victoria County, Texas, are stayed pending further
order of this Court.
 2. The real party in interest is requested to respond to relator's
petition for writ of mandamus on or before November 17, 2008.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this October 17, 2008.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk